UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Elana Cunningham, | ) | Case No. 14 B 44445 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

I, Phillip D. Levey, an attorney, certify, that on May 2, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

Cunningham, Elana
1436 S. Kolin Ave
Chicago, IL 60623-1149

Atlas Acquisitions LLC
(Cashcall Inc - Westernsk)
294 Union St.
Hackensack, NJ 07601

Atlas Acquisitions LLC
(CP Investors LLC)
294 Union St.
Hackensack, NJ 07601

Springleaf Financial Services
P.O. Box 3251
Evansville, IN 47731-3251

Navient Solutions Inc
220 Lasley Ave.
Wilkes-Barre Pa. 18706

Navient Solutions Inc.
On behalf of Dept. of Education Services
P.O. Box 9635
Wilkes-Barre PA. 18773-9635

University Anesthesiologists
PO Box 128
Glenview IL 60025

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA) N.A.
(ORCHARD BANK)
POB 41067
Norfolk, VA 23541

JD Receivables LLC
P.O. Box 382656
Germantown, TN 38183

<u>VIA CM/ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

David Hernandez
17566 Windsor Pkwy
Tinley Park, IL  60487