# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CUNNINGHAM, ELANA | § | Case No. 14-44445 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 153,030.06                        Assets Exempt: 33,905.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 46,711.62         Claims Discharged
                                                     Without Payment: 73,495.38

Total Expenses of Administration: 38,288.38

---

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 85,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 27,443.21 | $ 27,443.21 | $ 27,443.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 38,288.38 | 38,288.38 | 38,288.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 92,763.79 | 92,763.79 | 19,268.41 |
| TOTAL DISBURSEMENTS | $ NA | $ 158,495.38 | $ 158,495.38 | $ 85,000.00 |

    4) This case was originally filed under chapter 7 on 12/14/2014 . The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2017           By:/s/Phillip D. Levey
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Action | 1242-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELANA CUNNINGHAM | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BLUECROSS BLUESHIELD OF ILLINOIS | 4210-000 | NA | 5,606.52 | 5,606.52 | 5,606.52 |
| | MIDWEST ORTHOPAEDICS AT RUSH, LLC | 4210-000 | NA | 11,971.05 | 11,971.05 | 11,971.05 |
| | NOVACARE REHABILITATION | 4210-000 | NA | 4,028.25 | 4,028.25 | 4,028.25 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RUSH UNIVERSITY MEDICAL CENTER | 4210-000 | NA | 5,837.39 | 5,837.39 | 5,837.39 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 27,443.21 | $ 27,443.21 | $ 27,443.21 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 97.51 | 97.51 | 97.51 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 4,680.00 | 4,680.00 | 4,680.00 |
| HAMILTON, M. ANDREW | 3210-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| HAMILTON, M. ANDREW | 3220-000 | NA | 1,010.87 | 1,010.87 | 1,010.87 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 38,288.38 | $ 38,288.38 | $ 38,288.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 2,593.43 | 2,593.43 | 538.69 |
| 000002 | ATLAS ACQUISITIONS LLC | 7100-000 | NA | 480.00 | 480.00 | 99.70 |
| 000008 | JD RECEIVABLES LLC | 7100-000 | NA | 2,593.43 | 2,593.43 | 538.69 |
| 000004 | NAVIENT SOLUTIONS INC | 7100-000 | NA | 65,579.71 | 65,579.71 | 13,621.88 |
| 000005 | NAVIENT SOLUTIONS INC. | 7100-000 | NA | 17,611.58 | 17,611.58 | 3,658.19 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 723.30 | 723.30 | 150.24 |
| 000003 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | NA | 3,015.54 | 3,015.54 | 626.37 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | UNIVERSITY ANESTHESIOLOGISTS | 7100-000 | NA | 166.80 | 166.80 | 34.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 92,763.79 | $ 92,763.79 | $ 19,268.41 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-44445 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CUNNINGHAM, ELANA | | | | Date Filed (f) or Converted (c): | 12/14/14 (f) |
| | | | | | 341(a) Meeting Date: | 01/23/15 |
| For Period Ending: | 06/30/17 | | | | Claims Bar Date: | 12/24/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1436 S Kolin Ave, Chicago, IL 60623-1149 Primary R | 168,030.00 | 14,488.00 | | 0.00 | FA |
| 2. Bank of America - Checking and Savings account (ne | 0.00 | 0.00 | | 0.00 | FA |
| 3. Credit Union 1 - Checking and Savings Account | 655.06 | 0.06 | | 0.00 | FA |
| 4. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 5. 2003 FORD Taurus-V6 Sedan 4D SES Primary Vehicle | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Personal Injury Action (u) | 0.00 | 85,000.00 | | 100,000.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $171,935.06 | $99,488.06 | | $100,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/16    Current Projected Date of Final Report (TFR): 04/15/17

LFORM1

Ver: 20.00b

UST Form 101-7-TDR (10/1/2010) (Page: 7)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-44445 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | CUNNINGHAM, ELANA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5208 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 06/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/02/17 | 6 | Allstate | SETTLEMENT | 1242-000 | 100,000.00 | | 100,000.00 |
| 03/14/17 | 010001 | M. Andrew Hamilton 225 West Wacker Drive Suite 1515 Chicago, IL 60606 | Trustee's Special Counsel Fees Per Order dated January 30, 2017. | 3210-000 | | 25,000.00 | 75,000.00 |
| 03/14/17 | 010002 | M. Andrew Hamilton 225 West Wacker Drive Suite 1515 Chicago, IL 60606 | Trustee's Special Counsel Expenses Per Order dated January 30, 2017. | 3220-000 | | 1,010.87 | 73,989.13 |
| 03/14/17 | 010003 | ELANA CUNNINGHAM 1436 S KOLIN AVE CHICAGO, IL 60623-1149 | Debtor's Exemption Debtor's claim of exemption re Cunningham v. Sutherland per Order dated January 30, 2017. | 8100-000 | | 15,000.00 | 58,989.13 |
| 03/14/17 | 010004 | Midwest Orthopaedics at Rush, LLC 1611 West Harrison Street Chicago, IL 60612 | Physician's Lien Paid per Order dated January 30, 2017. | 4210-000 | | 11,971.05 | 47,018.08 |
| * 03/14/17 | 010005 | Rush University Medical Center 1653 West Congress Parkway Chicago, IL 60612-3833 | Hospital Lien Paid per Order dated January 30, 2017. | 4210-004 | | 5,837.39 | 41,180.69 |
| 03/14/17 | 010006 | BlueCross BlueShield of Illinois 3405 Liiberty Drive Springfield, IL 62704 | Insurer Subrogation Lien Paid per Order dated January 30, 2017. | 4210-000 | | 5,606.52 | 35,574.17 |
| 03/14/17 | 010007 | Novacare Rehabilitation 400 Technology Drive Suite 240 Canonsburg, PA 15317 | Medical Care Provider Lien Paid per Order dated January 30, 2017. | 4210-000 | | 4,028.25 | 31,545.92 |
| * 04/04/17 | 010005 | Rush University Medical Center 1653 West Congress Parkway Chicago, IL 60612-3833 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 4210-004 | | -5,837.39 | 37,383.31 |
| 04/04/17 | 010008 | Rush University Medical Center | Hospital Lien | 4210-000 | | 5,837.39 | 31,545.92 |
| | | | Page Subtotals | | 100,000.00 | 68,454.08 | |

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-44445 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | CUNNINGHAM, ELANA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5208 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 06/30/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1653 West Congress Parkway Chicago, IL 60612-3833 | ELANA CUNNINGHAM ACCOUNT NO. 06123846 Paid per Order dated January 30, 2017. | | | | |
| 05/30/17 | 010009 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 7,500.00 | 24,045.92 |
| 05/30/17 | 010010 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 97.51 | 23,948.41 |
| 05/30/17 | 010011 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,680.00 | 19,268.41 |
| 05/30/17 | 010012 | Atlas Acquisitions LLC (Cashcall Inc - Westernsk) 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 20.77133% | 7100-000 | | 538.69 | 18,729.72 |
| 05/30/17 | 010013 | Atlas Acquisitions LLC (CP Investors LLC) 294 Union St. Hackensack, NJ 07601 | Claim 000002, Payment 20.77083% | 7100-000 | | 99.70 | 18,630.02 |
| 05/30/17 | 010014 | Springleaf Financial Services P.O. Box 3251 Evansville, IN 47731-3251 | Claim 000003, Payment 20.77140% | 7100-000 | | 626.37 | 18,003.65 |
| 05/30/17 | 010015 | Navient Solutions Inc 220 Lasley Ave. Wilkes-Barre Pa. 18706 | Claim 000004, Payment 20.77149% | 7100-000 | | 13,621.88 | 4,381.77 |
| 05/30/17 | 010016 | Navient Solutions Inc. On behalf of Dept. of Education Services P.O. Box 9635 Wilkes-Barre PA. 18773-9635 | Claim 000005, Payment 20.77150% | 7100-000 | | 3,658.19 | 723.58 |
| 05/30/17 | 010017 | University Anesthesiologists PO Box 128 Glenview IL 60025 | Claim 000006, Payment 20.77338% | 7100-000 | | 34.65 | 688.93 |
| 05/30/17 | 010018 | Portfolio Recovery Associates, LLC Successor to CAPITAL ONE BANK (USA) N.A. | Claim 000007, Payment 20.77146% | 7100-000 | | 150.24 | 538.69 |

Page Subtotals  0.00  31,007.23

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-44445 -JBS |
| Case Name: | CUNNINGHAM, ELANA |
| Taxpayer ID No: | *******8639 |
| For Period Ending: | 06/30/17 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5208 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/17 | 010019 | (ORCHARD BANK)<br>POB 41067<br>Norfolk, VA 23541<br>JD Receivables LLC<br>P.O. Box 382656<br>Germantown, TN 38183 | Claim 000008, Payment 20.77133% | 7100-000 | | 538.69 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 100,000.00 | 100,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 100,000.00 | 100,000.00 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 100,000.00 | 85,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******5208 | 100,000.00 | 85,000.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 100,000.00 | 85,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  538.69

Ver: 20.00b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*